### James L. HALL, Appellant,

v.

### STATE ex rel. Chris KOSTER, Respondent.

### No. WD 76518.

Missouri Court of Appeals, Western District.

Feb. 4, 2014.

James Lee Hall, Licking, MO, Appellant Pro Se.

Michael D. Morris, Jefferson City, MO, for respondent.

Before Division Two: GARY D. WITT, Presiding Judge, LISA WHITE HARDWICK and ALOK AHUJA, Judges.

### ORDER

PER CURIAM.

James Hall appeals from the circuit court's judgment dismissing with prejudice his Petition for Declaratory Judgment against the State. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the dismissal judgment.

AFFIRMED. Rule 84.16(b).